OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
MAX MARA U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>MAX MARA USA, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No. 2:19-cv-10004 PSG (ASx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 22, 2019<br>Trial Date:      None<br>District Judge:  Hon. Philip S. Gutierrez<br>                 Courtroom 6A, First St.<br>Magistrate Judge: Hon. Alka Sagar<br>                 Courtroom 540, Roybal |

**TO THIS HONORABLE COURT:**

Plaintiff Brett DeSalvo and defendant Max Mara U.S.A., Inc. (collectively, the "Parties") hereby jointly notify the Court that a settlement has been reached in the above-captioned case.

The Parties would like to avoid any additional expense and further the interests of judicial economy.  Therefore, the Parties apply to this honorable Court to vacate all currently set dates and deadlines with the expectation that the Joint Stipulation for Dismissal with prejudice as to the entire case will be filed within 45 days.

                          Respectfully submitted,

DATED: January 14, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
MAX MARA U.S.A., INC.

DATED: January 14, 2020        WILSHIRE LAW FIRM

By: /s/ Thiago Coelho
Bobby Saadian
Thiago Coelho

Attorneys for Plaintiff
Brett DeSalvo

/ / /

/ / /

/ / /

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 14, 2020             By: /s/ Amber L. Roller
                                         Amber L. Roller