OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
AMBER L. ROLLER CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
MAX MARA U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAX MARA USA, INC., a Delaware corporation; and DOES 1 to 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-10004 PSG (ASx)<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 22, 2019<br>Trial Date: None<br>District Judge: Hon. Philip S. Gutierrez<br>　　　　　　　Courtroom 6A, First St.<br>Magistrate Judge: Hon. Alka Sagar<br>　　　　　　　Courtroom 540, Roybal |

Case No. 2:19-cv-10004 PSG (ASx)
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

41755646_1.docx

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Brett DeSalvo and defendant Max Mara U.S.A., Inc. stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action.  Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 31, 2020 | WILSHIRE LAW FIRM |
|  | By: /s/ Thiago Coelho<br>      Bobby Saadian<br>      Thiago Coelho |
|  | Attorneys for Plaintiff<br>BRETT DESALVO |
| DATED: March 31, 2020 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|  | By: /s/ Amber L. Roller<br>      Amber L. Roller<br>      J. Nicholas Marfori |
|  | Attorneys for Defendant<br>MAX MARA U.S.A., INC. |

/ / /

/ / /

/ / /

/ / /

1  Case No. 2:19-cv-10004 PSG (ASx)
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

41755646_1.docx

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 31, 2020          By: /s/ Amber L. Roller
                                                Amber L. Roller

41755646.1

41755646_1.docx

2                    Case No. 2:19-cv-10004 PSG (ASx)
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)